IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER JOHNSON,** § | | |
| *Plaintiff* § | | |
| § | | |
| **V.** § | CIVIL ACTION NO. 4:16-CV-01623 | |
| § | | |
| **HARRIS COUNTY, and, INDIVIDUALLY** § | | |
| **GERRIT QUELLHORST, JUAN** § | | |
| **SALINAS, CARRINGTON PHILLIPS,** § | | |
| **BENJAMIN TAYLOR and MARTIN** § | | |
| **HOLLIS** § | | |
| *Defendants.* § | | |

### NOTICE OF AUTOMATIC STAY

TO:   Plaintiff Christopher Johnson, by and through his attorney of record, Andre D. Evans, Andre Evans & Associates PLLC, 3003 S Loop West, Suite 108. Houston, Texas 77054

PLEASE TAKE NOTICE that Martin Hollis ("Debtor") filed a voluntary petition under chapter 13 of the United States Bankruptcy Code on August 3, 2015. The Debtor's Chapter 13 case is pending before the United States Bankruptcy Court for the Southern District of Texas as Case Number 15-34144. A copy of the face page of the Debtor's Chapter 13 Petition is attached hereto, as is a true and correct copy of the docket sheet.

PLEASE TAKE FURTHER NOTICE that upon the filing of the Debtor's Chapter 13 petition, an automatic stay went into effect with respect to the Debtor pursuant to 11 U.S.C. Section 362. As a result, at this time, all entities are stayed and prohibited from the commencement of continuation, including the issuance or employment of process, of a judicial, administrative or other action or proceeding against the Debtor that was or could have been commenced before the commencement of the bankruptcy case.

1

WHEREFORE, PREMISES CONSIDERED, Debtor Martin Hollis respectfully requests that his Notice of Automatic Stay be noted on the record of this cause.

                        Respectfully submitted,

OF COUNSEL:

VINCE RYAN
HARRIS COUNTY ATTORNEY

/S/  Mary E. Baker
MARY E. BAKER
Federal I.D. No. 7647
State Bar No. 08534000
Senior Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone:  (713) 274-5133
Facsimile: (713) 755-8924
mary.baker@cao.hctx.net

ATTORNEY FOR DEFENDANT
HARRIS COUNTY SHERIFF'S OFFICE
DETENTION OFFICER MARTIN HOLLIS

### CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2018, a true and correct copy of **NOTICE OF AUTOMATIC STAY** was delivered via certified mail and/or CM/ECF system to the following:

Andre D. Evans
Andre Evans & Associates PLLC
3003 S Loop West, Suite 108
Houston, Texas 77054
Email: andre@attorneyandreevans.com

Carrington Phillips, *Pro Se*
12822 Kiev Hills Ln.
Houston, Texas 77047

/S/  Mary E. Baker
MARY E. BAKER
Senior Assistant County Attorney