# U.S. Bankruptcy Court
## Southern District of Texas (Houston)
### Bankruptcy Petition #: 15-34144

*Date filed:* 08/03/2015
*341 meeting:* 09/18/2015
*Assigned to:* Marvin Isgur
Chapter 13
Voluntary
Asset

*Debtor*
**Martin Hollis**



SSN / ITIN

represented by **Ryan J Dove**
Dove Law Firm, PLLC
1111 North Loop West
Suite 1115
Houston, TX 77008
832-509-3400
Fax : 832-559-0770
Email: rd@dovebankruptcylaw.com

*Trustee*
**David G Peake**
Chapter 13 Trustee
9660 Hillcroft
Suite 430
Houston, TX 77096-3856
713-283-5400

represented by **David G Peake**
Chapter 13 Trustee
9660 Hillcroft
Suite 430
Houston, TX 77096-3856
713-283-5400
Fax : 713-852-9084
Email: court@peakech13trustee.com

*U.S. Trustee*
**US Trustee**
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002
713-718-4650

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 08/03/2015 | 1 (46 pgs) | Chapter 13 Voluntary Petition. Fee Amount $310. Filed by Martin Hollis. (Dove, Ryan) (Entered: 08/03/2015) |
| 08/03/2015 | | Receipt of Voluntary Petition (Chapter 13)(15-34144) [misc,volp13a] ( 310.00) Filing Fee. Receipt number 17135756. Fee amount $ 310.00. (U.S. Treasury) (Entered: 08/03/2015) |

| | | |
|---|---|---|
| 08/03/2015 | 2 (10 pgs) | Chapter 13 Plan Filed by Martin Hollis (Dove, Ryan) (Entered: 08/03/2015) |
| 08/03/2015 | 3 (1 pg) | Proposed Wage Order (Filed By Martin Hollis ). (Dove, Ryan) (Entered: 08/03/2015) |
| 08/03/2015 | 4 (1 pg) | Certificate of Credit Counseling (Filed By Martin Hollis ). (Dove, Ryan) (Entered: 08/03/2015) |
| 08/03/2015 | 5 (3 pgs) | Fixed Fee Agreement filed by Debtor(s)'s counsel pursuant to General Order 2004-5. Counsel has received $1000, pre-petition. Counsel's fixed fee is $3825. Counsel has advanced $310 of the filing fee. For matters for which the first hearing date is set more than 120 days following confirmation, the fixed fee for responses to motions for relief from the stay is $275, for responses to chapter 13 trustee dismissal motions is $275, and for Debtor(s) motions to modify the plan is $600. The rate for hourly services that are not covered by an agreed fixed fee will not exceed $300. Petition filed on 08/03/2015. Filed by Attorney Ryan J Dove (Dove, Ryan) (Entered: 08/03/2015) |
| 08/03/2015 | 6 (10 pgs) | Debtor's Payment Advices or Certification under 11 USC 521 (Filed By Martin Hollis ). (Dove, Ryan) (Entered: 08/03/2015) |
| 08/05/2015 | 7 (1 pg) | Order for Debtor's Employer to Pay Trustee Signed on 8/5/2015 (mrios) (Entered: 08/05/2015) |
| 08/05/2015 | 8 (1 pg) | Order Granting Chapter 13 Fixed Fee Agreement (Related Doc # 5) Granting for Ryan J Dove, fees awarded: $2825.00, expenses awarded: $310.00 Signed on 8/5/2015. (mrios) (Entered: 08/05/2015) |
| 08/05/2015 | 9 | Declaration for Electronic Filing Filed. Does this document change the social security number for one or more debtors? N. Has the Meeting of Creditors been set in this case? N. (bdan) (Entered: 08/05/2015) |
| 08/05/2015 | 10 (4 pgs) | Initial Case Management Order, Initial Order on Debtor's Responsibilities, and Order Authorizing Use of Vehicles Pursuant to 363 and Providing Adequate Protection. Signed on 8/5/2015 (mriosadi) (Entered: 08/05/2015) |

| | | |
|---|---|---|
| 08/07/2015 | 11 (2 pgs) | BNC Certificate of Mailing. (Related document(s):8 Order on Chapter 13 Fixed Fee Agreement) No. of Notices: 1. Notice Date 08/07/2015. (Admin.) (Entered: 08/08/2015) |
| 08/07/2015 | 12 (5 pgs) | BNC Certificate of Mailing. (Related document(s):10 Initial Order for Chapter 13 Case) No. of Notices: 9. Notice Date 08/07/2015. (Admin.) (Entered: 08/08/2015) |
| 08/07/2015 | 13 (2 pgs) | BNC Certificate of Mailing. (Related document(s):7 Order Employer To Pay Trustee) No. of Notices: 1. Notice Date 08/07/2015. (Admin.) (Entered: 08/08/2015) |
| 08/26/2015 | 14 (2 pgs) | Chapter 13 Meeting of Creditors. 341(a) meeting to be held on 9/18/2015 at 11:30 AM at Houston, 515 Rusk Suite 3401. Financial Management Course due:11/2/2015. Proofs of Claims due by 12/17/2015. Confirmation Hearing to be held on 10/27/2015 at 09:00 AM at Houston, Courtroom 404 (MI). Clerk to send Notice on Financial Management Requirement 11/2/2015. (Peake, David) (Entered: 08/26/2015) |
| 08/28/2015 | 15 (3 pgs) | Chapter 13 Trustee's Notice of Confirmation Hearing and Plan Summary. (Peake, David) (Entered: 08/28/2015) |
| 08/28/2015 | 16 (2 pgs) | Notice of Appearance and Request for Notice Filed by Charles Lester Kennon III Filed by on behalf of USAA FEDERAL SAVINGS BANK (Kennon, Charles) (Entered: 08/28/2015) |
| 08/29/2015 | 17 (3 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (Related document(s):14 Chapter 13 Meeting of Creditors (batch)) No. of Notices: 9. Notice Date 08/29/2015. (Admin.) (Entered: 08/30/2015) |
| 08/30/2015 | 18 (4 pgs) | BNC Certificate of Mailing. (Related document(s):15 Chapter 13 Trustee's Notice of Confirmation Hearing and Plan Summary) No. of Notices: 11. Notice Date 08/30/2015. (Admin.) (Entered: 08/31/2015) |
| 09/21/2015 | 19 | Meeting of Creditors Held - Trustee Does Not Recommend Confirmation of the plan. Debtor appeared. Meeting concluded *September 18, 2015*. (Related document(s):14 Chapter 13 Meeting of |

| | | |
|---|---|---|
| | | Creditors (batch)) (Peake, David) (Entered: 09/21/2015) |
| 09/21/2015 | 20<br>(1 pg) | Financial Management Course Certificate Filed *CERTIFICATE # 05041-TXS-DE-026239820* (Filed By David G Peake ).(Related document(s):14 Chapter 13 Meeting of Creditors (batch)) (Peake, David) (Entered: 09/21/2015) |
| 09/22/2015 | 21<br>(4 pgs) | Chapter 13 Trustee's Motion to Dismiss Case . Hearing scheduled for 10/27/2015 at 09:00 AM. (Peake, David) (Entered: 09/22/2015) |
| 09/24/2015 | 22<br>(5 pgs) | BNC Certificate of Mailing. (Related document(s):21 Chapter 13 Trustee's Motion to Dismiss Case) No. of Notices: 12. Notice Date 09/24/2015. (Admin.) (Entered: 09/25/2015) |
| 10/09/2015 | 23<br>(3 pgs; 2 docs) | Response (related document(s):21 Chapter 13 Trustee's Motion to Dismiss Case). Filed by Martin Hollis (Attachments: # 1 Proposed Order) (Dove, Ryan) (Entered: 10/09/2015) |
| 10/22/2015 | 24<br>(3 pgs) | Amended Schedule J (Filed By Martin Hollis ). (Dove, Ryan) (Entered: 10/22/2015) |
| 10/22/2015 | 25<br>(10 pgs) | Chapter 13 Plan, Chapter 13 Plan Summary Filed by Martin Hollis (Dove, Ryan) (Entered: 10/22/2015) |
| 10/22/2015 | 26<br>(1 pg) | Proposed Wage Order (Filed By Martin Hollis ). (Dove, Ryan) (Entered: 10/22/2015) |
| 10/23/2015 | 27<br>(1 pg) | Order for Debtor's Employer to Pay Trustee Signed on 10/23/2015 (mrios) (Entered: 10/23/2015) |
| 10/25/2015 | 28<br>(2 pgs) | BNC Certificate of Mailing. (Related document(s):27 Order Employer To Pay Trustee) No. of Notices: 1. Notice Date 10/25/2015. (Admin.) (Entered: 10/25/2015) |
| 10/26/2015 | 29 | Chapter 13 Trustee's Amended Recommendation Concerning Confirmation. The Trustee now recommends confirmation of the plan filed on 10/22/2015, document number 25 (Peake, David) (Entered: 10/26/2015) |
| 10/26/2015 | | |

|  | 30<br>(3 pgs) | Certificate *of Service* (Filed By Martin Hollis ). (Related document(s):25 Chapter 13 Plan, Chapter 13 Plan Summary) (Dove, Ryan) (Entered: 10/26/2015) |
|---|---|---|
| 10/27/2015 | 32<br>(1 pg) | Order/Courtroom Minutes. Confirming Chapter 13 Plan and Valuing Collateral Pursuant to 11 U.S.C. 506. Related to document 14. Ryan Dove for the Debtor. David G Peake, Chapter 13 Trustee. The Debtor is to sell a car and place the proceeds into an emergency savings fund. (mrios) (Entered: 10/27/2015) |
| 10/27/2015 | 31 | The Plan is Confirmed, therefore this Motion to Dismiss is terminated as moot. Related to document 21. (mrios) (Entered: 10/27/2015) |
| 10/29/2015 | 33<br>(2 pgs) | BNC Certificate of Mailing. (Related document (s):32 Courtroom Minutes/Order - C5 LZP JB - C2 MI DJ ER) No. of Notices: 12. Notice Date 10/29/2015. (Admin.) (Entered: 10/30/2015) |
| 11/19/2015 | 34<br>(2 pgs) | Notice of Appearance and Request for Notice Filed by Angela K Randermann Filed by on behalf of JPMorgan Chase Bank, National Association (Randermann, Angela) (Entered: 11/19/2015) |
| 12/11/2015 | 35<br>(3 pgs; 2 docs) | Chapter 13 Trustee's Notice Concerning Monthly Mortgage Installment Amount. (Attachments: # 1 Exhibit)(Peake, David) (Entered: 12/11/2015) |
| 01/04/2016 | 36<br>(2 pgs) | Chapter 13 Trustee's Notice of Adjustment to Plan Payment. (Peake, David) (Entered: 01/04/2016) |
| 01/06/2016 | 37<br>(1 pg) | Chapter 13 Trustee's Proposed Wage Order (Peake, David) (Entered: 01/06/2016) |
| 01/06/2016 | 38<br>(1 pg) | Order for Debtor's Employer to Pay Trustee (ADIuser) (Entered: 01/06/2016) |
| 01/09/2016 | 39<br>(2 pgs) | BNC Certificate of Mailing. (Related document (s):38 Order To Pay Wages) No. of Notices: 1. Notice Date 01/09/2016. (Admin.) (Entered: 01/09/2016) |
| 01/12/2016 | 40<br>(11 pgs; 4 docs) | Motion for Relief from Stay *Re: 2009 Cadillac CTS*. Fee Amount $176. Filed by Creditor Santander Consumer USA, Inc. Hearing scheduled for 2/5/2016 |

| | | |
|---|---|---|
| | | at 09:00 AM at Houston, Courtroom 404 (MI). (Attachments: # 1 Exhibit A # 2 Exhibit 1 # 3 Proposed Order) (Rice, Beverly) (Entered: 01/12/2016) |
| 01/12/2016 | | Receipt of Motion for Relief From Stay(15-34144) [motion,mrlfsty] ( 176.00) Filing Fee. Receipt number 17586428. Fee amount $ 176.00. (U.S. Treasury) (Entered: 01/12/2016) |
| 01/19/2016 | 41 (1 pg) | Order Resetting Hearing Signed on 1/19/2016 (Related document(s):40 Motion for Relief From Stay) Hearing rescheduled for 2/4/2016 at 09:00 AM at Houston, Courtroom 404 (MI). (adol) (Entered: 01/19/2016) |
| 01/21/2016 | 42 (1 pg) | Certificate *of Service* (Filed By Santander Consumer USA, Inc. ).(Related document(s):41 Order Setting Hearing) (Rice, Beverly) (Entered: 01/21/2016) |
| 01/21/2016 | 43 (2 pgs) | BNC Certificate of Mailing. (Related document (s):41 Order Setting Hearing) No. of Notices: 2. Notice Date 01/21/2016. (Admin.) (Entered: 01/22/2016) |
| 01/25/2016 | 44 (2 pgs) | Proposed Order RE: *2009 Cadillac CTS* (Filed By Santander Consumer USA, Inc. ).(Related document (s):40 Motion for Relief From Stay) (Rice, Beverly) (Entered: 01/25/2016) |
| 01/26/2016 | 45 (2 pgs) | Notice of Appearance and Request for Notice Filed by Lewis W Smith IV Filed by on behalf of Chasewod Community Improvement Association (Smith, Lewis) (Entered: 01/26/2016) |
| 02/03/2016 | 46 (2 pgs) | Notice *designating new lead creditor counsel within firm, adding Yvonne V. Valdez*. (Related document (s):34 Notice of Appearance) Filed by JPMorgan Chase Bank, National Association (Randermann, Angela) (Entered: 02/03/2016) |
| 02/03/2016 | 47 (2 pgs) | Order Granting Motion For Relief From Stay (Related Doc # 40) Signed on 2/3/2016. (adol) (Entered: 02/03/2016) |
| 02/05/2016 | 48 (3 pgs) | BNC Certificate of Mailing. (Related document (s):47 Order on Motion For Relief From Stay) No. of |

| | | |
|---|---|---|
| | | Notices: 3. Notice Date 02/05/2016. (Admin.) (Entered: 02/05/2016) |
| 02/09/2016 | 49 (3 pgs) | Amended Schedule J Individual- Your Expenses (Filed By Martin Hollis ). (Dove, Ryan) (Entered: 02/09/2016) |
| 02/09/2016 | 50 (11 pgs; 4 docs) | Motion to Modify Chapter 13 Plan. Filed by Debtor Martin Hollis Hearing scheduled for 3/10/2016 at 09:00 AM. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order) (Dove, Ryan) (Entered: 02/09/2016) |
| 02/09/2016 | 51 (11 pgs) | Chapter 13 Plan, Chapter 13 Plan Summary Filed by Martin Hollis (Dove, Ryan) (Entered: 02/09/2016) |
| 02/09/2016 | 52 (1 pg) | Proposed Wage Order (Filed By Martin Hollis ). (Dove, Ryan) (Entered: 02/09/2016) |
| 02/09/2016 | 53 (4 pgs) | Notice *of Debtor's Intention To Strip Lien and Certificate of Service*. (Related document(s):51 Chapter 13 Plan, Chapter 13 Plan Summary) Filed by Martin Hollis (Dove, Ryan) (Entered: 02/09/2016) |
| 02/10/2016 | 54 (1 pg) | Order for Debtor's Employer to Pay Trustee Signed on 2/10/2016 (mrios) (Entered: 02/10/2016) |
| 02/11/2016 | 55 (3 pgs) | Certificate *of Service* (Filed By Martin Hollis ). (Related document(s):50 Motion to Modify Chapter 13 Plan, 51 Chapter 13 Plan, Chapter 13 Plan Summary) (Dove, Ryan) (Entered: 02/11/2016) |
| 02/12/2016 | 56 (2 pgs) | BNC Certificate of Mailing. (Related document (s):54 Order Employer To Pay Trustee) No. of Notices: 1. Notice Date 02/12/2016. (Admin.) (Entered: 02/13/2016) |
| 03/09/2016 | 57 (4 pgs) | Notice *of Debtor's Intention To Strip Lien and Certificate of Service*. (Related document(s):51 Chapter 13 Plan, Chapter 13 Plan Summary) Filed by Martin Hollis (Dove, Ryan) (Entered: 03/09/2016) |
| 03/10/2016 | 58 (1 pg) | Order/Courtroom Minutes. Reset modification. Before Judge Marvin Isgur. Related to document 50. Reset to 04/14/2016 at 09:00AM. Ryan Dove for the |

| Date | Doc # | Description |
|---|---|---|
| | | Debtor. Dinorah Gonzalez for the Trustee David G Peake. (mrios) (Entered: 03/10/2016) |
| 03/12/2016 | 59 (2 pgs) | BNC Certificate of Mailing. (Related document (s):58 Courtroom Minutes/Order - R3 LZP and JB - R11 MI DJ ER) No. of Notices: 3. Notice Date 03/12/2016. (Admin.) (Entered: 03/13/2016) |
| 03/29/2016 | 60 (18 pgs; 4 docs) | Objection *to the Debtor's Uniform Plan and Motion for Valuation of Collateral*. Filed by U.S. Dept of Housing and Urban Development (HUD) (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C.) (Bennett, Richard) (Entered: 03/29/2016) |
| 03/29/2016 | 61 (2 pgs) | Notice of Appearance and Request for Notice Filed by Richard Wesley Bennett Filed by on behalf of U.S. Dept of Housing and Urban Development (HUD) (Bennett, Richard) (Entered: 03/29/2016) |
| 04/11/2016 | 62 (2 pgs) | Proposed Order RE: *Determining the Extent of the Second Lien* (Filed By U.S. Dept of Housing and Urban Development (HUD) ). (Bennett, Richard) (Entered: 04/11/2016) |
| 04/14/2016 | 63 | Miscellaneous action by court. Related to document 58. Ryan Dove for the Debtor. Dinorah Gonzalez for the Trustee David G Peake. Rick Bennet for HUD. The Debtor and HUD reached an agreement as to 62. Agreed Order signed. The court approved the Modification filed on February 9 2016. Special court order signed. (mrios) Modified on 4/14/2016 (mrios). (Entered: 04/14/2016) |
| 04/14/2016 | 64 (1 pg) | Order Signed on 4/14/2016 (Related document(s):50 Motion to Modify Chapter 13 Plan) (adol) (Entered: 04/14/2016) |
| 04/14/2016 | 65 (2 pgs) | Order Determining the Extent of the Second Lien of the U.S. Department of Housing and Urban Development. Signed on 4/14/2016 (mrios) (Entered: 04/14/2016) |
| 04/16/2016 | 66 (2 pgs) | BNC Certificate of Mailing. (Related document (s):64 Generic Order) No. of Notices: 3. Notice Date 04/16/2016. (Admin.) (Entered: 04/17/2016) |
| 04/16/2016 | 67 (3 pgs) | |

| | | |
|---|---|---|
| | | BNC Certificate of Mailing. (Related document (s):65 Generic Order) No. of Notices: 3. Notice Date 04/16/2016. (Admin.) (Entered: 04/17/2016) |
| 07/14/2016 | 68 (6 pgs; 3 docs) | Transfer of Claim Transfer Agreement 3001 (e) 2 Transferor: Santander Consumer USA (Claim No. 5) To PERITUS PORTFOLIO SERVICES II, LLC Fee Amount $25 Filed by PERITUS PORTFOLIO SERVICES II, LLC (Artiles, Lawrence) (Entered: 07/14/2016) |
| 07/14/2016 | | Receipt of Transfer of Claim(15-34144) [claims,trclm] ( 25.00) Filing Fee. Receipt number 18093936. Fee amount $ 25.00. (U.S. Treasury) (Entered: 07/14/2016) |
| 09/29/2016 | 69 (9 pgs) | Notice of Mortgage Payment Change under Rule 3002.1(b) (Claim # 8) (Montoya, Vannesa) (Entered: 09/29/2016) |
| 10/14/2016 | 70 (2 pgs) | Chapter 13 Trustee's Notice of Adjustment to Plan Payment. (Peake, David) (Entered: 10/14/2016) |
| 10/14/2016 | 71 (5 pgs) | Chapter 13 Trustee's Notice of Intent to Pay Claims. (Peake, David) (Entered: 10/14/2016) |
| 10/19/2016 | 72 (2 pgs) | Notice *of Request for Payment By Debtor's Attorney*. (Related document(s):69 Notice of Mortgage Payment Change under Rule 3002.1(b)) Filed by Martin Hollis (Dove, Ryan) (Entered: 10/19/2016) |
| 11/10/2016 | 73 (1 pg) | Chapter 13 Trustee's Proposed Wage Order (Peake, David) (Entered: 11/10/2016) |
| 11/10/2016 | 74 (1 pg) | Order for Debtor's Employer to Pay Trustee (ADIuser) (Entered: 11/10/2016) |
| 11/16/2016 | 75 (2 pgs) | BNC Certificate of Mailing. (Related document (s):74 Order To Pay Wages) No. of Notices: 1. Notice Date 11/16/2016. (Admin.) (Entered: 11/17/2016) |
| 12/13/2016 | 76 (2 pgs) | Chapter 13 Trustee Notice to Mortgagee. (Peake, David) (Entered: 12/13/2016) |
| 12/15/2016 | 77 (3 pgs) | BNC Certificate of Mailing. (Related document (s):76 Chapter 13 Trustee Notice to Mortgagee) No. |

| | | |
|---|---|---|
| | | of Notices: 1. Notice Date 12/15/2016. (Admin.) (Entered: 12/16/2016) |
| 09/28/2017 | 78 (9 pgs) | Notice of Mortgage Payment Change under Rule 3002.1(b) (Claim # 8) (Muyinda, Olga) (Entered: 09/28/2017) |
| 10/26/2017 | 79 (2 pgs) | Chapter 13 Trustee's Notice of Adjustment to Plan Payment. (Peake, David) (Entered: 10/26/2017) |
| 11/02/2017 | 80 (1 pg) | Chapter 13 Trustee's Proposed Wage Order (Peake, David) (Entered: 11/02/2017) |
| 11/02/2017 | 81 (1 pg) | Order for Debtor's Employer to Pay Trustee (ADIuser) (Entered: 11/02/2017) |
| 11/05/2017 | 82 (2 pgs) | BNC Certificate of Mailing. (Related document(s):81 Order To Pay Wages) No. of Notices: 1. Notice Date 11/05/2017. (Admin.) (Entered: 11/05/2017) |
| 11/13/2017 | 83 (2 pgs) | Notice *of Request for Payment By Debtor's Attorney*. (Related document(s):78 Notice of Mortgage Payment Change under Rule 3002.1(b)) Filed by Martin Hollis (Dove, Ryan) (Entered: 11/13/2017) |
| 12/07/2017 | 84 (2 pgs) | Chapter 13 Trustee Notice to Mortgagee. (Peake, David) (Entered: 12/07/2017) |
| 12/09/2017 | 85 (3 pgs) | BNC Certificate of Mailing. (Related document(s):84 Chapter 13 Trustee Notice to Mortgagee) No. of Notices: 1. Notice Date 12/09/2017. (Admin.) (Entered: 12/10/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/17/2018 12:01:27 | | | |
| **PACER Login:** | dpacheco89:2559478:0 | **Client Code:** | MEB |
| **Description:** | Docket Report | **Search Criteria:** | 15-34144 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html |

|  |  |  | Page counts for documents: included |
|---|---|---|---|
| **Billable Pages:** | 6 | **Cost:** | 0.60 |